**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Raymond FOX, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 30, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 30th day of November, 2000, the Petition for Allowance of Appeal is hereby granted and the order of the Superior Court is reversed. *See Common-* *wealth v. Lussi,* 562 Pa. 621, 757 A.2d 361 (2000).

■

**GREENE COUNTY and Greene County Children and Youth Services, Respondents,**

v.

**DISTRICT 2, UNITED MINE WORKERS OF AMERICA and Local Union 9999, United Mine Workers of America, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 1, 2000.

### ORDER

PER CURIAM:

**AND NOW,** this 1st day of December, 2000, we hereby **GRANT** the Petition for Allowance of Appeal.

It is hereby further **ORDERED** that the Order of the Commonwealth Court is **VACATED.**

We **REMAND** this matter to the Commonwealth Court for reconsideration in light of our decision in *State System of Higher Education (Cheyney University) v. State College University Professional Association (PSEA-NEA),* 560 Pa. 135, 743 A.2d 405 (1999).